UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

FOLASHADE OLADUNNI,   Case No.: 19-12422-JKO
   Chapter 13

    Debtor

_____/

**DEBTOR'S MOTION TO ENFORCE LOAN MODIFICATION SETTLEMENT AND TO COMPEL U.S. BANK TRUST [LENDER] TO ACCEPT MONTHLY PAYMENTS, AND, FOR SANCTIONS AND REQUEST FOR ATTORNEYS FEES**

**[The Documents referred to in the Motion are not attached here as exhibits as they are readily available on ECF]**

COMES NOW Debtor, FOLASHADE OLADUNNI, by and through undersigned counsel, and files this Motion to Enforce Loan Modification Settlement, and to Compel Lender to accept monthly payments, and for Sanctions against the Lender for Violation of this Court's Order, and Settlement Agreement, and Request for attorneys fees, and in support thereof states:

1. Debtor filed a Voluntary Petition for relief under Chapter 13, Title 11, of the United States Code, on February 25, 2019;

2. On May 30, 2019, the Court entered Orders [DE # 30 & 31] Approving the Loan Modification Agreement. A Review of the Electronic Docket reveals that these Orders are still in effect;

3. Pursuant to the Orders, Debtor commenced making her monthly payments to the Lender, and the **Lender accepted the monthly payments for June, July and August, 2019**;

4. **However, the lender has consistently refused to accept any further payments from the Debtor, and has in fact send the payments for September, October, and November, 2019, payments back to the Debtor's foreclosure attorney;**

5. Despite the fact that the Debtor has a Loan Modification, the Lender's counsel in the foreclosure case actually filed a motion and scheduled a hearing to reschedule the foreclosure sale of the Debtor's homestead property. The hearing on the motion to reschedule the sale was cancelled after undersign counsel warned the Lender's local foreclosure counsel that it would be a violation of the Confirmation Order and the Order Approving the Loan Modification to go

1

forward with the hearing;

6. Nevertheless despite several conversations with the Lender, the Lender still refuses to accept monthly payments from the Debtor;

7. It is appropriate that the Court enter an Order compelling the Lender to accept the monthly payments from the Debtor, and impose appropriate sanctions for violation this Court's Order;

8. Undersign counsel has spent over 8 hours of work caused by the wilful violation of the Confirmation Order and the Order Approving the Loan Modification, and requests that he be awarded $2800.00 in attorneys fees for all the work done in this matter since September, 2019 until now.

WHEREFORE, Debtor FOLASHADE OLADUNNI, respectfully requests this Honorable Court for the following relief;

1. Compel the Lender to accept monthly payments from the Debtor without further delay;

2. Update the Lender's records to reflect that the Debtor has a Loan Modification;

3. Appropriate sanctions for the wilful violation of the Confirmation Order and the Order Approving the Loan Modification;

4. Attorneys fees in the amount of $2800.00;

5. Any other relief that this Honorable Court deems just and proper under the circumstances.

Respectfully submitted on this **31st** day of December, 2019.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**D$S LAW GROUP, P.A.**
8751 W. Broward Blvd
Suite 301
Plantation, Florida 33324
(954) 358-5911 (Telephone)
(954) 357-2267 (Facsimile)
www.DsouzaLegal.com
Email: Dtdlaw@aol.com

By:**/s/ Elias Leonard Dsouza**
Elias Leonard Dsouza, Esq.
Florida Bar No. 399477

2

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that I have served a true and correct copy of the Motion were served on the following parties via U.S. mail and as indicated, and via ECF to those parties registered on the ECF System on this **31st** day of December, 2019.

1. U.S. Bank Trust, N.A., to its counsel Stefan Beuge, Esq., via ECF only.
2. All others via ECF only.
3. Caliber Home Loans. Inc., c/o Das, Sanjiv, CEO, 1525 S. Beltline Road, Coppell, TX 75019 **[via Certified Mail # 7019 0700 0001 4716 0636]**.
4. Caliber Home Loans, Inc., c/o Registered Agent, Ct Corporation System, 1200 S. Pine Island Road, Plantation, Fl 33324 **[Via Certified Mail # 7019 0700 0001 4716 0629]**
5. Caliber Home Loans, Inc., P.O. Box 24610, Oklahoma City, OK 73124-0610.

                                        **DCS LAW GROUP, P.A.**
                                        8751 W. Broward Blvd
                                        Suite 301
                                        Plantation, Florida 33324
                                        (954) 358-5911 (Telephone)
                                        (954) 357-2267 (Facsimile)
                                        www.DsouzaLegal.com
                                        Email: Dtdlaw@aol.com

                              By:**/s/ Elias Leonard Dsouza**
                                        Elias Leonard Dsouza, Esq.
                                        Florida Bar No. 399477