UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                                                   Bk No.: 19-12422-JKO

FOLASHADE OLADUNNI                                       Chapter 13
A/K/A SHADE OLADUNNI, FOLA IDOWU,

　　　　　Debtor                             /

**RESPONSE TO DEBTOR'S MOTION TO ENFORCE LOAN MODIFICATION SETTLEMENT AND TO COMPEL U.S. BANK TRUST TO ACCEPT MONTHLY PAYMENTS, AND FOR SANCTIONS AND REQUEST FOR ATTORNEYS FEES**

U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust ("Creditor"), through its undersigned counsel, files this Response to Debtor's Motion to Enforce Loan Modification Settlement and to Compel U.S. Bank Trust to Accept Monthly Payments, and For Sanctions and Request for Attorneys Fees ("the Motion") (Doc 67), and in support thereof avers as follows:

　　1.　　The Debtor filed for Chapter 13 relief of February 25, 2019.

　　2.　　Creditor holds a Mortgage securing the property located at 1120 NW 78TH TERRACE, PLANTATION, FL 33322-5125.

　　3.　　The Debtor filed the Motion on December 31, 2019 and is seeking an order compelling Creditor to accept payments.

　　4.　　Creditor has approved a permanent loan modification and an order granting motion to approve loan modification was entered 01/29/20 (DE 76).

　　5.　　The Motion should be denied as moot.

**WHEREFORE**, Respondent U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust respectfully requests the Court deny the Motion and for such other relief as is

PH # 97863

just and proper.

      **I HEREBY CERTIFY**, that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Date: <u>January 30, 2020</u>                /s/ Stefan Beuge, Esquire
                                                              Stefan Beuge, Esq., Florida Bar No. 68234
                                                             Phelan Hallinan Diamond & Jones, PLLC
                                                             2001 NW 64th Street
                                                            Suite 100
                                                            Ft. Lauderdale, FL 33309
                                                           Tel: 954-462-7000 Ext. 56588
                                                           Fax: 954-462-7001
                                                           Email: stefan.beuge@phelanhallinan.com
                                                           FLSD.bankruptcy@phelanhallinan.com

PH # 97863

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

FOLASHADE OLADUNNI
1120 NW 78TH TER
FORT LAUDERDALE, FL 33322-5125

ELIAS LEONARD DSOUZA
8751 W. BROWARD BLVD # 301
PLANTATION, FL 33324

ROBIN R. WEINER, (TRUSTEE)
WWW.CH13WEINER.COM
POB 559007
FORT LAUDERDALE, FL 33355

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVENUE, ROOM 1204
MIAMI, FL 33130

Date: January 30, 2020                /s/ Stefan Beuge, Esquire
                                      Stefan Beuge, Esq., Florida Bar No. 68234
                                      Phelan Hallinan Diamond & Jones, PLLC
                                      2001 NW 64th Street
                                      Suite 100
                                      Ft. Lauderdale, FL 33309
                                      Tel: 954-462-7000 Ext. 56588
                                      Fax: 954-462-7001
                                      Email: stefan.beuge@phelanhallinan.com
                                      FLSD.bankruptcy@phelanhallinan.com

PH # 97863