UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

FOLASHADE OLADUNNI,                                                             Case No. 19-12422-PGH
                                                                                                    Chapter 13
_____Debtor_____/

**NOTICE TO WITHDRAW DOCKET ENTRY DE #67**

COMES NOW the Debtor, FOLASHADE OLADUNNI, by and through her undersigned counsel, and Withdraws Docket Entry DE #67.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910(D)(1) and (2).

Respectfully submitted this **2nd** day of March, 2020.

                                       **D&S LAW GROUP, P.A.**
                                       8751 W. Broward Boulevard, Suite 301
                                       Plantation, FL 33324
                                       (954) 358-5911
                                       (954) 357-2267 (Fax)
                                       Email: elias@dsouzalegal.com

                    By: __/s/ Elias Leonard Dsouza_____
                           Elias Leonard Dsouza, Esq.
                           Fla. Bar No. 399477